■ ARTHUR E. SULLIVAN et al., on Behalf of Themselves and All Other Retirees Similarly Situated, Respondents, v EDWARD V. REGAN, as State Comptroller and as Administrator of New York State Policemen's and Firemen's Retirement System, Appellant.—Judgment unanimously reversed on the law without costs and judgment granted, in accordance with same Memorandum as in *Conrad v Regan* (175 AD2d 629 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie

County, Doyle, J.—Declaratory Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.